EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

*E-FILED - 8/24/05*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND LINSLEY AND ELSIE LINSLEY, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-02039 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS RAYMOND LINSLEY AND ELSIE LINSLEY** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Raymond Linsley and Elsie Linsley and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Raymond

2067097.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Raymond Linsley and Elsie Linsley - 1**

Linsley and Elsie Linsley as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/16/05

        Respectfully submitted,

        ALEXANDER, HAWES & AUDET, LLP

        By: _____
           RICHARD D ALEXANDER, Cal. Bar #48432
           JEFFREY W/ RICKARD, Cal. Bar #125180
           RYAN M. HAGAN, Cal Bar #200850
           152 North Third Street, Suite 600
           San Jose, CA 95112
           Telephone: (408) 289-1776
           Facsimile: (408) 287-1776

        Attorneys for Plaintiffs Raymond Linsley and Elsie Linsley

        HUSCH & EPPENBERGER, LLC

        By: /s/ Carol A. Rutter
           THOMAS M. CARNEY, admitted *pro hac vice*
           CAROL A. RUTTER, admitted *pro hac vice*
           190 Carondelet Plaza, Suite 600
           St. Louis, MO 63105-3441
           Telephone: (314) 480-1500
           Facsimile: (314) 480-1505

        RANDALL C. CREECH, Cal. Bar #65542
        CREECH, LIEBOW & KRAUS
        333 West San Carlos Street
        Suite 1600
        San Jose, CA 95110
        Telephone: (408) 993-9911
        Facsimile: (408) 993-1335

        Attorneys for Defendant Olin Corporation

2067097.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Raymond Linsley and Elsie Linsley - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND LINSLEY AND ELSIE LINSLEY, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-02039 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS RAYMOND LINSLEY AND ELSIE LINSLEY** |

THIS MATTER coming on the motion of Plaintiffs Raymond Linsley and Elsie Linsley and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Raymond Linsley and Elsie Linsley's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 8/24/05

*[Approved stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED, Judge Ronald M. Whyte]*

---

2067097.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Raymond Linsley and Elsie Linsley - 3**